UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PATRICIA CREEGAN-LYNCH,

        Plaintiff,

   v.

TOWN SPORTS INTERNATIONAL, LLC,

        Defendant.
-----------------------------------------------------------------x

FILED JUL - 3 2007 USDC WP SDNY

Civil Action No.

**NOTICE OF REMOVAL**

07 CIV. 6190

JUDGE CROTTY

Defendant-Petitioner, TOWN SPORTS INTERNATIONAL, LLC, files this notice to remove the foregoing case to the United States District Court for the Southern District of New York, and respectfully shows this Court:

1. TOWN SPORTS INTERNATIONAL, LLC, is the defendant in the civil action brought on or about May 2, 2007, in the Supreme Court of the State of New York, New York County. Pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. §1446, TOWN SPORTS INTERNATIONAL, LLC removes this action to the United States District Court for the Southern District of New York, which is the judicial district in which the action is pending.

2. This is a civil action sounding in negligence seeking damages to recover for the alleged personal injuries of plaintiff PATRICIA CREEGAN-LYNCH as a result of a slip and/or trip and fall event at a fitness club located at 30 Wall Street, New York, New York on July 8, 2006. Pursuant to the plaintiff's CPLR 3107(c) supplemental demand for relief, the amount in controversy in this suit is in excess, exclusive of interests and costs, of $75,000.

3. The parties to this action have complete diversity of citizenship in that: (a) plaintiff PATRICIA CREEGAN-LYNCH is now, and was at the time said action was commenced, a resident and domiciliary of the State of Massachusetts; and (b) defendant TOWN SPORTS INTERNATIONAL, LLC was at the time said action was commenced, organized in

1600836.1

and by the State of New York with its principal place of business in the City and State of New York.

4. This action was commenced against the defendant on or about May 2, 2007. Defendant-petitioner was served with the Summons and Verified Complaint via New York Secretary of State pursuant to Limited Liability Company Law § 303 on June 4, 2007. Since no amount of damages was specified in the complaint in order to intelligently ascertain removability, the defendant-petitioner served a CPLR § 3017 demand upon the plaintiff on June 25, 2007.

5. The plaintiff responded with a Supplemental Demand for Relief dated June 27, 2007 demanding $1,000,000 to resolve this controversy.

6. No proceedings have occurred in the state court action. The Summons and Complaint, Defendant's Demand Pursuant to CPLR § 31017(c) and Plaintiff's Supplemental Demand for Relief annexed hereto collectively as **Exhibit "A"** constitute all the process, pleadings and paper concerning this action to date.

7. This action is one in which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441. There is complete diversity of citizenship between the plaintiffs and defendants and the amount in controversy exceeds $75,000.

8. This application is filed within thirty (30) days of receipt by defendant-petitioner of the Plaintiff's Supplemental Demand for Relief. Pursuant to the authority of *Cazaubon v. Korean Airlines Co.*, 2007 U.S. Dist. LEXIS 40080 (EDNY 2007); *DeMarco v. MGM Transp.*, 2006 U.S. Dist. LEXIS 10121 (SDNY 2006) and *Setlock v. Renwick*, 2004 WL 1574663 (WDNY 2004), the Plaintiff's Supplemental Demand for Relief pursuant to CPLR § 3017(c)

constitutes the "other paper" that 28 U.S.C. § 1446(b) recognizes as an alternative starting time for the 30-day removal period. Accordingly, this petitioner is timely brought.

9.  Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to counsel for all adverse parties and a copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of New York, New York County.

Dated: White Plains, New York
       June 29, 2007

>
> Respectfully submitted,
>
> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
>
> By: _____
> Rory L. Lubin, Esq. (RL – 1340)
> *Attorneys for Defendant*
> TOWN SPORTS INTERNATIONAL, LLC
> 3 Gannett Drive
> White Plains, New York 10604
> (914) 323-7000

1600836.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PATRICIA CREEGAN-LYNCH,

        Plaintiff,

v.

TOWN SPORTS INTERNATIONAL, LLC,

        Defendant.
----------------------------------------------------------------x

FILED
JUL - 3 2007
USDC WP SDNY

Civil Action No.:

**RULE 7.1(a) STATEMENT**

**07 CIV. 6190**

**JUDGE CROTTY**

    Defendant, as and for its Rule 7.1(a) statement of interested parties respectfully shows to this Court the following:

1. Parent corporation:     Town Sports International Holdings, Inc.

2. Publicly held corporations owning more than 10% of the defendant's stock/shares:     None.

Dated:     June 29, 2007
           White Plains, New York

        Yours, etc.,

        WILSON, ELSER, MOSKOWITZ, EDELMAN
        & DICKER LLP

By: _____
      Rory L. Lubin, Esq. (RL 1340)
*Attorneys for Defendant*
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
Our File No.: 08342.00175

1600836.1

Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X

PATRICIA CREEGAN-LYNCH,

                        Plaintiff,

-against-

TOWN SPORTS INTERNATIONAL, LLC,

                        Defendant.

-------------------------------------------------------------X

Index No. 106434/07

Plaintiff Designates New York County as the Place of Trial

The Basis of the Venue is Defendant's Place of Business

**SUMMONS**

Plaintiff Resides At:
161 Newbury Street
Peabody, Massachussetts 01960

To the above named Defendant:

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: May 2, 2007

Defendant's address:  30 Wall Street
                            New York, New York 10005

GREGORY W. BAGEN
Attorney for Plaintiff
PATRICIA CREEGAN-LYNCH
317 Clock Tower Commons Drive
P.O. Box 380
Brewster, New York 10509
(845) 279-7000

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
PATRICIA CREEGAN-LYNCH,

                  Plaintiff,

-against-

TOWN SPORTS INTERNATIONAL, LLC,

                  Defendant.
-----------------------------------------------------------X

Index No. 106434/07

VERIFIED COMPLAINT

The plaintiff, **PATRICIA CREEGAN-LYNCH**, by and through her attorney, GREGORY W. BAGEN, for her Verified Complaint, respectfully alleges and shows as follows:

1. Plaintiff was at all times hereinafter mentioned, a resident of the Commonwealth of Massachussetts.

2. Upon information and belief, defendant **TOWN SPORTS INTERNATIONAL, LLC**, is a limited liability corporation doing business in the County and State of New York.

3. Upon information and belief, at all times hereinafter mentioned, the defendant **TOWN SPORTS INTERNATIONAL, LLC** was and still is the owner of certain lands, buildings and premises located on 30 Wall Street, in the City, County and State of New York.

4. The aforesaid real property consists of land and commercial buildings erected thereon which are controlled, possessed and maintained by the defendant **TOWN SPORTS INTERNATIONAL, LLC**.

5. Defendant, **TOWN SPORTS INTERNATIONAL, LLC**, at all times herein had exclusive control of the buildings at the aforementioned site.

6. Upon information and belief, at all times hereinafter mentioned, it was the duty of the defendant, **TOWN SPORTS INTERNATIONAL, LLC**, to maintain in a safe and proper manner and in a safe and proper condition, the buildings on its premises.

7. On and prior to July 8, 2006, the defendant disregarded its duty, negligently and carelessly permitted a building to be improperly and dangerously maintained and to be and remain in an unsafe and dangerous condition in that it had uneven stairs, was unlighted and unguarded, had been so for an extended period of time and no warnings were posted of the hazards.

8. On or about July 8, 2006, at approximately 8:50 a.m. on that date, while plaintiff, **PATRICIA CREEGAN-LYNCH**, was lawfully on the defendant's premises, as a guest and solely owing to defendant's negligence in not keeping the building in a safe and proper condition, plaintiff, **PATRICIA CREEGAN-LYNCH**, was caused to be violently injured sustaining injuries and damages hereinafter alleged.

9. As a result of the fault previously alleged, the plaintiff, **PATRICIA CREEGAN-LYNCH**, was rendered sick, sore and disabled, kept from her normal occupation and avocations, suffered grievous injury to her arm and shoulder, with resulting pain and suffering and discomfort.

10. By reason of the foregoing, the plaintiff has been damaged in a sum in excess of the jurisdiction of all lower courts.

**WHEREFORE**, plaintiff demands judgment against the defendant in an amount to be determined by the trier of fact, together with the costs and disbursements of this action.

Dated: Brewster, New York
       May 2, 2007

GREGORY W. BAGEN
Attorney for Plaintiff
PATRICIA CREEGAN-LYNCH
317 Clock Tower Commons Drive
P.O. Box 380
Brewster, New York 10509
(845) 279-7000

Index No. 106434        Year 20 07

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM

PATRICIA CREEGAN-LYNCH,

        Plaintiff,

-against-

TOWN SPORTS INTERNATIONAL, LLC,

        Defendant.

---

**SUMMONS
& VERIFIED
COMPLAINT**

---

*Attorney for*

**GREGORY W. BAGEN**
Plaintiff
PATRICIA CREEGAN-LYNCH
317 CLOCK TOWER COMMONS
POST OFFICE BOX 380
BREWSTER, NEW YORK 10509-0380
(845) 279-7000
FAX (845) 279-4900

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated:........................................        Signature........................................

                                                Print Signer's Name........................................

*Service of a copy of the within*                                                              *is hereby admitted.*

Dated:

                                                *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY
    that the within is a (certified) true copy of a
    entered in the office of the clerk of the within named Court on                    20

☐ NOTICE OF SETTLEMENT
    that an Order of which the within is a true copy will be presented for settlement to the
    Hon.                                                  one of the judges of the within named Court,
    at
    on                            20        , at              M.

Dated:

                                                                      **GREGORY W. BAGEN**
                                       *Attorney for*

                                                                317 CLOCK TOWER COMMONS
                                                                POST OFFICE BOX 380
To:                                                               BREWSTER, NEW YORK 10509-0380

*Attorney(s) for*

SERVICO 35

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------- x  Index No.:   106434/07
PATRICIA CREEGAN-LYNCH                                              :

                              Plaintiff,            :   **DEMAND PURSUANT TO**
                                                                 **CPLR 3107(c)**

  -against-                                                        :

TOWN SPORTS INTERNATIONAL, LLC,                                     :

                              Defendant.            :
-------------------------------------------------------------------- x

COUNSELORS:

PLEASE TAKE NOTICE that, pursuant to CPLR § 3017(c), defendant TOWN SPORTS INTERNATIONAL, LLC, by its attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby requests that, within fifteen (15) days hereof, that the plaintiff serve a supplemental demand for relief setting forth the total damages to which she deems herself entitled.

Dated: White Plains, New York
       June 25, 2007

                                              Yours, etc.,

                                              WILSON, ELSER, MOSKOWITZ, EDELMAN
                                                  & DICKER LLP
                                              Attorneys for Defendant
                                              3 Gannett Drive
                                              White Plains, New York 10604
                                              (914) 323-7000
                                              Our File No.: 08342-00175

                                              By: _____
                                                     Rory L. Lubin

1596599.1

TO:   GREGORY BAGEN, ESQ.
      Attorney for Plaintiff
      317 Clock Tower Commons Drive
      P.O. Box 380
      Brewster, New York 10509
      (845) 279-7000

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF WESTCHESTER      )

LAURIE PAYER, being duly sworn, deposes and says:

That I am not a party to this action, am over eighteen years of age and reside in the State of New York.

That on the 25TH day of June, 2007 deponent served the within **DEMAND PURSUANT TO CPLR 3107(c)** by depositing a true copy of same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, addressed to each of the following persons at the last known address set forth after each name, as follows:

TO:   GREGORY BAGEN, ESQ.
      Attorney for Plaintiff
      317 Clock Tower Commons Drive
      P.O. Box 380
      Brewster, New York 10509
      (845) 279-7000

                                                        _____
                                                        LAURIE PAYER

Sworn to before me this
25TH day of June, 2007

_____
Notary Public

RORY L. LUBIN
Notary Public, State of New York
No. 02LU5057942
Qualified in Westchester County
Commission Expires April 1, 2010

1596606.1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
PATRICIA CREEGAN-LYNCH,

                              Plaintiff,

                        - against -

TOWN SPORTS INTERNATIONAL, LLC

                            Defendant.
-----------------------------------------------------------------X

Index No.: 106434/2007

**SUPPLEMENTAL DEMAND FOR RELIEF**

      PATRICIA CREEGAN-LYNCH, by her attorneys GREGORY W. BAGEN, hereby demands $1,000,000.00 (dollars) in settlement of this action.

Dated: Brewster, New York
          June 27, 2007

                                              By: _____
                                                GREGORY W. BAGEN
                                                Attorney for Plaintiff,
                                                **PATRICIA CREEGAN-LYNCH**
                                                317 Clock Tower Commons
                                               P.O. Box 380
                                               Brewster, New York 10509
                                               (845)279-7000

TO:    **WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER, LLP**
           3 Gannett Drive
           White Plains, New York 10604
           (914) 323-7000

know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following:

The reason I make this affirmation instead of _____ is

firm that the foregoing statements are true under penalties of perjury.

ted: _____

_____
*(Print signer's name below signature)*

ATE OF NEW YORK, COUNTY OF _____ ss:

_____ being sworn says: I am

☐ in the action herein. I have read the annexed _____ know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

the _____ of

☐ a corporation, one of the parties to the action; I have read the annexed _____ know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

belief, as to those matters therein not stated upon knowledge, is based upon the following:

orn to before me on _____, 20 __

_____
*(Print signer's name below signature)*

ATE OF NEW YORK, COUNTY OF **NEW YORK** ss:

**Jennifer Beaird** being sworn says: I am not a party to the action, am over 18 years of and reside at

On **June 27,** , 20 **07** I served a true copy of the annexed **Supplemental Demand For Relief** in the following manner:

☒ by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ by delivering the same personally to the persons at the address indicated below:

☐ by transmitting the same to the attorney by electronic means to the telephone number or other station or other limitation designated by the attorney for that purpose. In doing so I received a signal from the equipment of the attorney indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

☐ by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

To: Wilson, Elser, Moskowitz
Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604

Sworn to before me on **June 27** , 20 **07**

GREGORY W. BAGEN
Notary Public, State of New York
No. 01BA____128
Qualified in Putnam County
Commission Expires October 31, 2009

Jennifer Beaird   *(Print signer's name below signature)*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss:
COUNTY OF WESTCHESTER         )

LAURIE PAYER, being duly sworn, deposes and says:

That I am not a party to this action, am over eighteen years of age and reside in the State of New York.

That on the 3rd day of July, 2007 deponent served the within **CIVIL COVER SHEET, NOTICE OF REMOVAL and RULE 7.1 (a) STATEMENT** by depositing a true copy of same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, addressed to each of the following persons at the last known address set forth after each name, as follows:

TO:   GREGORY BAGEN, ESQ.
      Attorney for Plaintiff
      317 Clock Tower Commons Drive
      P.O. Box 380
      Brewster, New York 10509
      (845) 279-7000

                                                    LAURIE PAYER

Sworn to before me this
3rd day of July, 2007

_____
Notary Public

RORY L. LUBIN
Notary Public, State of New York
No. 02LU5057942
Qualified in Westchester County
Commission Expires April 1, 2010

1596606.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss:
COUNTY OF WESTCHESTER        )

LAURIE PAYER, being duly sworn, deposes and says:

That I am not a party to this action, am over eighteen years of age and reside in the State of New York.

That on the 3rd day of July, 2007 deponent served the within **CIVIL COVER SHEET, NOTICE OF REMOVAL and RULE 7.1 (a) STATEMENT** by depositing a true copy of same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, addressed to each of the following persons at the last known address set forth after each name, as follows:

TO:   GREGORY BAGEN, ESQ.
      Attorney for Plaintiff
      317 Clock Tower Commons Drive
      P.O. Box 380
      Brewster, New York 10509
      (845) 279-7000

_____
LAURIE PAYER

Sworn to before me this
3rd day of July, 2007

_____
Notary Public

RORY L. LUBIN
Notary Public, State of New York
No. 02LU5057942
Qualified in Westchester County
Commission Expires April 1, 2010

1596606.1