UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PATRICIA CREEGAN-LYNCH,

                Plaintiff,

v.

TOWN SPORTS INTERNATIONAL, LLC,

                Defendant.
------------------------------------------------------------x

Civil Action No.:

**RULE 7.1(a) STATEMENT**

07 CIV. 6190

JUDGE CROTTY

JUL - 3 2007
USDC WP SDNY

    Defendant, as and for its Rule 7.1(a) statement of interested parties respectfully shows to this Court the following:

1. Parent corporation:                Town Sports International Holdings, Inc.

2. Publicly held corporations owning more than 10% of the defendant's stock/shares:    None.

Dated:    June 29, 2007
            White Plains, New York

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

By: _____
Rory L. Lubin, Esq. (RL 1340)
*Attorneys for Defendant*
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
Our File No.: 08342.00175

1600836.1

Exhibit A

## Payer, Laurie

| | |
|---|---|
| From: | Payer, Laurie |
| Sent: | Tuesday, July 03, 2007 1:21 PM |
| To: | 'case_openings@NYSD.USCourts.gov' |
| Subject: | FW: |

**Attachments:** 20070703115729228.pdf



20070703115729
228.pdf (1 MB)

```
-----Original Message-----
From: Payer, Laurie
Sent: Tuesday, July 03, 2007 1:04 PM
To: 'case_opening@NYSD.USCourts.gov'
Cc: Lubin, Rory L.
Subject: FW:
```

July 3, 2007


Re:   Patricia Creegan-Lynch v. Town Sports International, LLC
      Civil Action No.:  07 CIV. 6190
      Judge Crotty

Attached please find Civil Cover Sheet, Notice of Removal, Rule 7.1(a) Statement, Affidavit of Service and Receipt of Payment/Filing.


```
-----Original Message-----
From: ricoh2060@wemed.com [mailto:ricoh2060@wemed.com]
Sent: Tuesday, July 03, 2007 11:57 AM
To: Payer, Laurie
Subject:
```

This E-mail was sent from "RNP9FB983" (Aficio 2060).

Scan Date: 07.03.2007 11:57:29 (-0400)
Queries to: ricoh2060@wemed.com

1