UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x  Civil Action #: 07 CIV.6190
PATRICIA CREEGAN-LYNCH,                                           :

                        Plaintiff,                             :

  -against-                                                         :   Judge Crotty

TOWN SPORTS INTERNATIONAL, LLC,                                   :

                        Defendants.                           :

------------------------------------------------------------------- x


# **AFFIDAVIT OF SERVICE**


1606177.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK                )
                                 ) ss:
COUNTY OF WESTCHESTER            )

LAURIE PAYER, being duly sworn, deposes and says:

That I am not a party to this action, am over eighteen years of age and reside in the State of New York.

That on the 3rd day of July, 2007 deponent served the within **CIVIL COVER SHEET, NOTICE OF REMOVAL and RULE 7.1 (a) STATEMENT** by depositing a true copy of same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, addressed to each of the following persons at the last known address set forth after each name, as follows:

TO:   GREGORY BAGEN, ESQ.
      Attorney for Plaintiff
      317 Clock Tower Commons Drive
      P.O. Box 380
      Brewster, New York 10509
      (845) 279-7000

_____
LAURIE PAYER

Sworn to before me this
3rd day of July, 2007

_____
Notary Public

RORY L. LUBIN
Notary Public, State of New York
No. 02LU5057942
Qualified in Westchester County
Commission Expires April 1, 2010

1596606.1