UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PATRICIA CREEGAN-LYNCH,

                                                                                                    07 Civ. 6190 (PAC)

                Plaintiff,                                        **CERTIFICATE OF COMPLIANCE WITH REQUIREMENT TO GIVE NOTICE OF REMOVAL**

TOWN SPORTS INTERNATIONAL, LLC,

                Defendant.
------------------------------------------------------------------x

    1.    The undersigned attorneys of record for TOWN SPORTS INTERNATIONAL, LLC certify that, in compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal, together with copies of the original Summons and Verified Complaint, was filed with the Clerk of the Supreme Court of the State of New York, New York County on July 12, 2007.

    2.    The undersigns further certifies that, in compliance with the requirements of 28 U.S.C. § 1446(d), written notice of removal was also served upon all the parties in this action, along with a copy of the Notice of Removal filed in this Court. This notice was served on July 11, 2007 to all of the parties named in this action to their attorneys of record by first class mail.

Dated: White Plains, New York
           July 13, 2007

                                                      Respectfully submitted,

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By:_____
                              Rory L. Lubin, Esq. (RL1340)
                              *Attorneys for Defendant*
                              TOWN SPORTS INTERNATIONAL, LLC
                              3 Gannett Drive
                              White Plains, New York 10604
                              (914) 323-7000

1600836.1