

# Gregory W. Bagen

*Attorney and Counsellor at Law*
*Board Certified Civil Trial Advocate*

917 Clock Tower Commons Drive
Post Office Box 980
Brewster, New York 10509-0980

Telephone (845) 279-7000
Fax (845) 279-4900
E-mail: pbagen@comcast.net

Carol K. Bagen
*Legal Assistant*

Kathleen C. Russo, R.N.
*Legal Nurse Consultant*

July 23, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2007

*Via Facsimile & Regular Mail*
Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Chambers 735
New York, New York 10007

July 24, 2007

Application **GRANTED** to
SO Ordered

*Paul Crotty*
USDJ

    **Re:**    ***Patricia Creegan-Lynch Case***
           ***1:07-CIV.6190-PAC***

Dear Judge Crotty:

    It is respectfully requested that the Rule 16 Conference in the above referenced action, currently scheduled for July 26, 2007, be adjourned to one of the following alternate dates:

              August 8, 2007 - 3:15 p.m.
              August 23, 2007 - 3:15 p.m.
              August 24, 2007 - 3:15 p.m.

This request is on consent by both parties.

Thank you for your consideration herein.

              Very Truly Yours,

              Gregory W. Bagen

GWB/jb

cc:    Rory Lubin, Esq./ Via Facsimile