```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

November 6, 2007

*Via Email*
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street - Chambers 735
New York, New York 10007

Application GRANTED. The conference is adjourned to 11/14/07 at 3:30 pm in Courtroom 20-C

SO ORDERED: 11/8/07

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:    *Creegan-Lynch v. Town Sport International*
       1:07-CIV.6190-PAC

Dear Judge Crotty:

Pursuant to the Court's request, please allow this letter to serve as confirmation that the Case Management Conference currently scheduled for November 7, 2007 has been adjourned. Counsel for both parties are available on the following alternate dates:

    (November 14, 2007 - 3:30 p.m.)
    November 15, 2007 - 3:30 p.m.
    November 16, 2007 - 3:30 p.m.

Thank you for your consideration herein.

                                Very Truly Yours,

                                *[signature]*

                                Gregory W. Bagen

GWB/jb
cc:    Rory Lubin, Esq./ Via Facsimile

**MEMO ENDORSED**