# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

**Rory L. Lubin**
rory.lubin@wilsonelser.com

January 15, 2008

**_VIA ECF_**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street – Chambers 735
Courtroom 20-C
New York, New York 10007

      Re:   *Creegan-Lynch v. Towns Sports International, LLC*
            Civil Action No.   :   *07 CIV. 6190*
            <u>Our File No.</u>   :   <u>08342.00175</u>

Dear Honorable Sir:

    This office represents the defendant in the above captioned action. It is respectfully requested that the status conference currently scheduled for January 23, 2008 at 2:00 p.m. be adjourned to a date during the week of February 11, 2008. This request is made on the consent of both parties.

    The reason for the request is threefold. First, the defendant's deposition was delayed due to the fact that the witness with knowledge of the material events is no longer an employee. There have been some difficulties getting the witness to cooperate but that has been resolved. The witness has agreed to sit for a deposition within the next two weeks. We have proposed some dates during this period to plaintiff's counsel, who is unavailable due to other trial commitments. Plaintiff's counsel is a solo practitioner. We believe we can get this deposition completed within 30 days.

    Second, the plaintiff's deposition was just completed during the holidays. Defendant will be designating physicians to physically examine the plaintiff by the end of this week. The plaintiff will need to travel from out of state to attend these examinations but it is anticipated that the physical examinations can be completed by the end of February 2008.

    Third, as previously disclosed to the Court, the parties wish to take advantage of the Court's mediation program prior to trial. To that end, at the last conference a tentative trial date was scheduled for February 25, 2008. In light of the request above, the parties also jointly request that the trial date be adjourned to a date during the week of March 17, 2008.

1860678.1

It is hoped that the requested adjourn dates will enable the parties to complete discovery and participate in a mediation in timely fashion.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Rory L. Lubin

RLL/lp

cc:   Gregory Bagen, Esq. (via e-mail)

1860678.1