USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Patricia Creegan-Lynch,

        Plaintiff,

  -against-

Town Sports International, LLC.,

        Defendant.
------------------------------------------------------------X

07 Civ. 6190 (PAC)
ORDER OF DISCOTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Settlement upon receipt from either party. In light of the settlement, the June 2, 2008 Jury Trial is canceled. The Clerk of Court is directed to close this case.

Dated: New York, New York
       April 28, 2008

SO ORDERED

*(signature)*
PAUL A. CROTTY
United States District Judge

---

[1] See attached Mediation Report dated April 24, 2008.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Creegan-Lynch

                                    Plaintiff      07 cv 6190 (PAC) ( )

v.

Town Sports Int'l

                                    Defendant

      FOLLOWING MEDIATION THE PARTIES HAVE REACHED A SETTLEMENT AGREEMENT AND WILL FILE APPROPRIATE PAPERS.

4/24/08
Date                                  Attorney for Plaintiff

4/24/08
Date                                  Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATRICIA CREEGAN-LYNCH**<br>　　　　　　　　　　**Plaintiff**<br><br>-against-<br><br>**TOWN SPORTS INTERNATIONAL,**<br>**LLC**<br>　　　　　　　　　　**Defendant** | Report of the Clerk of Court<br>Regarding Court Ordered Mediation<br><br>07 Civ. 6190 (PAC) |

To the Court:

　　Please take notice that:

___ 1.　　This case was randomly selected not to be sent to mediation and the Court should proceed accordingly.

_X_ 2.　　This case was selected to be sent to mediation. The report of the Mediator is attached. The Mediator has checked:

　　_X_　　Paragraph 1, 2, 3, or 6 and the Court must make the appropriate order.

　　___　　Paragraph 4 or 5 and unresolved issues should be treated as if they had not been sent to mediation.

　　___　　Paragraph 7 which indicates that a party(ies) so noted has failed or refused to comply with the order of this Court which directed that mediation be held in this case.

Dated: **April 24, 2008**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　George O'Malley, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| PATRICIA CREEGAN-LYNCH | |
|---|---|
| Plaintiff | Report of Mediator |
| -against- | |
| TOWN SPORTS INTERNATIONAL, LLC | 07 Civ. 6190 (PAC) |
| Defendant | |

To the Clerk of Court:

Please take notice that the court ordered mediation in this case was:

**X** 1. Held and produced a stipulation settling all of the issues of the case.

___ 2. Held and produced a stipulation settling less than all of the issues of the case. The parties by stipulation have agreed to submit the unresolved issues to binding arbitration.

___ 3. Held and produced a stipulation submitting all issues to binding arbitration.

___ 4. Held and produced a stipulation settling less than all of the issues of the case. The unresolved issues should be treated as if they had not been sent to mediation.

___ 5. Held but was unsuccessful in resolving any issue in the case. The unresolved issues should be treated as if they had not been sent to mediation.

___ 6. Not held as a stipulation settling all the issues of the case was entered into prior to the mediation date.

___ 7. Not held as a party(ies) failed or refused to attend the mediation. Cite party(ies).

Any stipulation entered into between the parties is attached and made part of this report.