```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICIA CREEGAN-LYNCH,

                Plaintiff,

    - against -

TOWN SPORTS INTERNATIONAL, LLC

                Defendant.
------------------------------------------------------------X

Civil Action No.: 07 CIV.6190 (PAC)

STIPULATION OF
SETTLEMENT AND
ORDER OF DISMISSAL

    WHEREAS, the parties are interested in resolving the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows:

    1. The parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, as to the named defendant(s), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    2. Any and all of the claims for damages by plaintiff which are the subject of this action or otherwise arise out of any of the incidents alleged in the Complaint are hereby settled, as against the named defendant(s), for the sum of $135,000.00 in full satisfaction of all claims for damages, costs, disbursements and legal fees.

    3. Nothing in this So Ordered Stipulation of Settlement shall be construed as an admission or concession of liability whatsoever by any of the defendants regarding any of the allegations made by the plaintiff in the Complaint.

    4. This Stipulation of Settlement and any Order entered thereon shall have no precedential value or effect whatsoever and shall not be admissible in any other action or proceeding as evidence or for any other purpose except in an action or proceeding to enforce this Stipulation of Settlement.

    5. This So Ordered Stipulation of Settlement embodies the entire agreement of the parties in this matter.

_____
GREGORY W. BAGEN
317 CLOCKTOWER COMMONS
P.O. BOX 380
BREWSTER, NEW YORK 10509
(845) 279-7000

_____
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
3 GANNETT DRIVE
WHITE PLAINS, NEW YORK 10604
(914) 323-7000

SO ORDERED:

_____
Judge Paul A. Crotty, U.S.D.J.

Dated: New York, New York
       May 7, 2008

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

―

www.wilsonelser.com

Rory L. Lubin
rory.lubin@wilsonelser.com

May 6, 2008

**_VIA E-MAIL_**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street – Chambers 735
Courtroom 20-C
New York, New York 10007

        Re:    *Creegan-Lynch v. Towns Sports International, LLC*
               *Civil Action No.*    :    07 CIV. 6190
               <u>*Our File No.*</u>    :    <u>08342.00175</u>

Dear Honorable Sir:

    This office represents the defendant in the above reference matter.

    Pursuant to the Order of Discontinuance dated April 28, 2008, we enclose a stipulation of settlement for your signature and filing.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Rory L. Lubin

RLL/lp
Enclosure

cc:    Gregory Bagen, Esq. (via e-mail)

1972231.1